GARDINER PROPERTIES, INC., v. SAMUEL LEIDER & SON, INC., et al.—

Present — Dore, J. P., Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 470.]

In the Matter of IRWIN SLATER, an Attorney (Admitted to the Bar under the Name of IRVING SLUTZKIN).—

Present —
Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.